# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cindy Miller,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Blake Owens, et al.,<br><br>　　　　　Defendants. | No. CV-21-08167-PCT-DMF<br><br>**ORDER** |

This matter was referred to Magistrate Judge Deborah M. Fine for a Report and Recommendation. (Doc. 4.) On October 4, 2021, the Magistrate Judge filed a Report and Recommendation with this Court. (Doc. 13.) After the filing of the Report and Recommendation, Plaintiff filed two motions to add exhibits to her First Amended Complaint. (Docs. 14, 15.) However, to date, no objections have been filed.

## STANDARD OF REVIEW

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to

object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

### DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

### CONCLUSION

Accordingly, for the reasons set forth,

**IT IS HEREBY ORDERED adopting** the Report and Recommendation of the Magistrate Judge. (Doc. 13.)

**IT IS HEREBY ORDERED dismissing without prejudice** Plaintiff's First Amended Complaint. (Doc. 11.)

**IT IS FURTHER ORDERED denying as moot** Plaintiff's motion to add exhibits. (Docs. 14-15.)

**IT IS FURTHER ORDERED directing** the Clerk of Court to close this matter.

Dated this 20th day of October, 2021.

_____
Honorable Stephen M. McNamee
Senior United States District Judge